IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00328-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLETISE HAMMONDS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion for Corrected Final Determination of Restitution, (Doc. No. 32), to which the defendant does not object.

The government notes typographical errors in its original Motion for Final Determination of Restitution regarding the total amount restitution, which should be $329,568, and one of the tax years at issue, which should be 2014, not 2015. (Id. at 1-2). Accordingly, the amended judgment will reflect the correct information.

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the government's motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case, (Doc. No. 28), shall be amended to include a final restitution figure of $329,568, broken out as $253,391 for the § 7206(2) charges and $76,177 for Hammonds' individual income tax returns for tax year 2013 and 2014. All other terms of the original Judgment, (Doc. No. 28), remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the

United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: September 28, 2020

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge